IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIAN LEE                                                                    PLAINTIFF

V.                                     CASE NO. 14-CV-4022

HEATH ROSS                                                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 7, 2014, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 6).

Judge Bryant recommends that Plaintiff's Complaint be dismissed.  No party has filed objections to

the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

Upon review, the Court adopts the Report and Recommendation *in toto.*  Pursuant to Fed. R. Civ.

P. 41(a)(1), Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of May, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge